**Order filed May 10, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00200-CV

———————

**ROBERT T. WALLACE, Appellant**

**V.**

**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

**On Appeal from the 152ND District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-03987**

## O R D E R

The notice of appeal in this case was filed February 27, 2012. The clerk's record has not been filed. The clerk responsible for preparing the record notified this court that appellants have not made complete payment for the record. On March 30, 2012, appellant filed a motion requesting additional time to pay for the record. This court granted appellant until May 1, 2012 to provide proof of payment for the record and to file the record. No record or proof of payment was filed. Therefore, the court issues the following order.

Appellant is ordered to file the clerk's record with the clerk of this court **within 15 days** of the date of this order. *See* Tex. R. App. P. 35.3(c). If appellants fail to file the

clerk's record in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).


PER CURIAM